UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **CV 20-11540 MWF (PDx)** | Date: January 27, 2021 |
| Title **Anthony Bouyer v. Ban Pan Corporation, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER RE DEFICIENT PROOFS OF SERVICE AND FAILURE TO COMPLY WITH NOTICE TO PARTIES RE ADA DISABILITY ACCESS LITIGATION**

A review of the docket in this action reflects that the Complaint was filed on December 22, 2020. (Docket No. 1). On January 6, 2021, the Court filed a Notice to Parties Re ADA Disability Access Litigation (the "ADA Notice"). (Docket No. 10). The ADA Notice required Plaintiff to serve the ADA Notice with the Summons and Complaint.

On January 13 and 18, 2021, Plaintiff filed Proofs of Service of the Summons, Complaint and other case initiating documents on Defendants Ban Pan Corporation and DEgidio Brothers IV, LLC (the "POS"). (Docket Nos. 12 and 13). The Court notes that neither POS includes service of the ADA Notice.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 10, 2021**.

- ■ BY PLAINTIFF: AMENDED PROOFS OF SERVICE of Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendants.

    **AND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-11540 MWF (PDx)**                                      Date: January 27, 2021

Title         **Anthony Bouyer v. Ban Pan Corporation, et al.**

- ■ BY DEFENDANTS: RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendants who have been served.

    OR

- ■ BY PLAINTIFF: APPLICATIONS FOR CLERK TO ENTER DEFAULT for Defendants who have not timely responded to the Complaint or filed an ADA Application.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm